**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALBERT J. ANDERSON** | **CIVIL ACTION NO.:** |
| **Plaintiff** | **3:17-cv-00597-BAJ-RLB** |
| -vs.- | |
| **ALLSTATE INSURANCE COMPANY** | |
| Defendant | |

**CONSOLIDATED WITH:**

| | |
|---|---|
| **RUTHANNE DOERFLER** | **CIVIL ACTION NO.:** |
| **Plaintiff** | **3:17-cv-00870-BAJ-RLB** |
| -vs.- | |
| **ALLSTATE INSURANCE COMPANY** | |
| Defendant | |

**ORDER**

On the motion of defendant Allstate Insurance Company to substitute the Memorandum of Law filed in Support of its Motion to Dismiss,

**IT IS HEREBY ORDERED** that the Motion to Substitute Pleading is GRANTED, and the Memorandum filed on February 23, 2018 [Doc #15], will be substituted with the Memorandum filed on February 28, 2018 [Doc _____] which conforms to Local Rule 7(g) concerning page limits.

Baton Rouge, Louisiana, this ___ day of _____, 2018.

_____
JUDGE

40946993.v1